UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR08-245 RSL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| ANGELINA PAULINE GONZALES, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on June 24, 2010. The United States was represented by AUSA Jill Otaki and the defendant by John Crowley. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 19, 2009 by the Honorable Robert S. Lasnik on a charge of Conspiracy to Traffic in Motor Vehicles or Motor Vehicle Parts, and sentenced to 22 days custody, 3 years supervised release. (Dkt. 249.)

The conditions of supervised release included the standard conditions plus the requirements that defendant submit to search, pay restitution as determined, provide access to financial information as requested, and participate in twelve months of electronic home

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

confinement.

In an application dated November 19, 2009 (Dkt. 273, 274), U.S. Probation Officer Andrea G. Porter alleged the following violations of the conditions of supervised release:

1. Failing to comply with her conditions of location monitoring on or about October 17, 2009 and November 5, 2009, in violation of the special condition that she serve 12 months of electronic home confinement.

2. Associating with a person convicted of a felony, in violation of standard condition number 9.

3. Possessing a controlled substance, oxycontin, on or about November 18, 2009, in violation of standard condition number 7.

4. Committing a federal, state or local crime by possessing oxycontin on or about November 18, 2009, in violation of the standard condition that she not commit a federal, state or local crime.

5. Committing a federal, state or local crime by committing the crime of conspiracy to distribute oxycontin on or about November 18, 2009, in violation of the standard condition that she not commit a federal, state or local crime.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt. 388.)

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

01      Pending a final determination by the Court, defendant has been detained.

02      DATED this 24th day of June, 2010.

```
                                    /s/ Mary Alice Theiler
                                    _____
                                    Mary Alice Theiler
                                    United States Magistrate Judge
```

cc:     District Judge:         Honorable Robert S. Lasnik
        AUSA:                   Jill Otaki
        Defendant's attorney:   John Crowley
        Probation officer:      Andrea G. Porter

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3